UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN M. WETTEROFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17CV1435 CDP |
| | ) |
| WERNER ENTERPRISES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This newly-filed case is before me for review of subject matter jurisdiction. Plaintiff Joan M. Wetteroff brings this action alleging that defendant Werner Enterprises, Inc., through the negligent conduct of its agent and servant, defendant Steve Dameus, caused injury to Wetteroff when the tractor-trailer operated by Dameus struck her vehicle on Interstate 44 in St. Clair, Missouri. Wetteroff, a citizen of the State of Missouri, invokes this Court's diversity jurisdiction under 28 U.S.C. § 1332.

I have reviewed Wetteroff's complaint and find her statement with respect to the citizenship of defendant Werner Enterprises to be inadequate. Regarding corporations, a proper statement of citizenship includes the corporation's place of incorporation and its principal place of business. *Sanders v. Clemco Indus.*, 823 F.2d 214, 216 (8th Cir. 1987); *see also Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1015 (2016). Here, while Wetteroff alleges that Werner Enterprises has its principal place of business in the State of Nebraska, she fails to identify its place of

incorporation. I am therefore unable to determine if this Court has subject-matter jurisdiction over this action.

Accordingly, I will give plaintiff until May 12, 2017, to amend her complaint to properly allege this Court's subject-matter jurisdiction. Failure to timely comply with this Order may result in this action being dismissed without prejudice for lack of subject-matter jurisdiction.

Therefore,

**IS IT HEREBY ORDERED** that plaintiff Joan M. Wetteroff shall file an amended complaint not later than **May 12, 2017**, to properly allege this Court's subject-matter jurisdiction. Failure to timely comply with this Order may result in this action being dismissed without prejudice for lack of subject-matter jurisdiction.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of May, 2017.